UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

    Plaintiff,

v.

                                                   No. 25-cr-20079

**Colen McNally,**

    Defendant.

## PETITION FOR WRIT OF HABEAS CORPUS AD PROSEQUENDUM

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), the United States of America hereby petitions the court for a writ of habeas corpus ad prosequendum for defendant, **Colen McNally** and states:

Defendant is charged in this case with 18 U.S.C. § 1349 Conspiracy to commit bank fraud. 18 U.S.C. § 1344 Bank Fraud.

Defendant is currently incarcerated at the Mountain View Correctional Facility in Charleston, Maine in connection with a different case, and is in the custody of the Maine Department of Corrections.

Defendant's Arraignment has been scheduled for Monday, June 30, 2025 in Duty Court before the United States Magistrate Judge, in Room 114 of the

Theodore Levin U.S. Courthouse.  A writ of habeas corpus ad prosequendum is necessary to secure defendant's presence at that proceeding.

WHEREFORE, the government requests this Court order the issuance of a writ of habeas corpus ad prosequendum directing the Maine Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer to produce **Colen McNally** before the judicial officer and at the place and time stated above.

Respectfully submitted,

Jerome F. Gorgon Jr.
United States Attorney

*s/ Jasmine Moore*
Jasmine Moore
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226
Jasmine.Moore@usdoj.gov
313-226-9759
P82181

Date:  May 28, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

United States of America,

   Plaintiff,

                                              No. 25-cr-20079

v.

**Colen McNally,**

   Defendant.

# ORDER

Pursuant to 28 U.S.C. § 2241(c)(5) and Local Rule 72.1(a)(2)(L), it is hereby ordered that the government's Petition for Writ of Habeas Corpus ad prosequendum be granted and that the Clerk of the Court issue a writ of habeas corpus ad prosequendum in accordance with the government's petition.

                                                       s/David R. Grand
                                                       Hon. David R. Grand
                                                       United States Magistrate Judge

Date: May 28, 2025

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

UNITED STATES OF AMERICA,

   Plaintiff,

v.

   No. 25-cr-20079

**Colen McNally,**

   Defendant.

---

## WRIT OF HABEAS CORPUS AD PROSEQUENDUM

---

TO:   The Maine Department of Corrections, the United States Marshals Service, and any other interested federal law enforcement officer.

Pursuant to the foregoing petition and order, you are directed to produce defendant **Colen McNally** before the United States Magistrate Judge, in room 114 of the Theodore Levin U.S. Courthouse on Monday, June 30, 2025, at 1:00pm for his Arraignment; and you are also directed to return **Colen McNally** to the facility in which he is currently incarcerated when his presence before this Court is no longer required.

                                   KINIKIA D. ESSIX
                                   Clerk

                            By:   <u>s/Julie Owens</u>
                                       Deputy Clerk

